# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LARRY ZUNIGA,

        Plaintiff,

   v.

CHRIS JORDAN, et al.,

        Defendants.

CASE NO. 1:09-cv-01208-AWI-SMS PC

ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS

(Doc. 1)

Plaintiff Larry Zuniga, a prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 13, 2009. The Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, and found that it states a claim against Defendants Berke, Torres, John Doe 1, Henderson, and Jordan for use of excessive force, in violation of the Eighth Amendment.[1] Fed. R. Civ. P. 8(a); <u>Ashcroft v. Iqbal</u>, 129 S.Ct. 1937, 1949 (2009); <u>Bell Atlantic Corp. v. Twombly</u>, 550 U.S. 544, 555, 127 S.Ct. 1955, 1964-65 (2007). Accordingly, it is HEREBY ORDERED that:

///

---

[1] On January 27, 2010, Plaintiff's excessive force claim against Defendants Gomes, Baily, Jones, Thayer, Hunter, and Valdez; Plaintiff's Eighth Amendment claims against Defendants Henderson and Baily arising from their assessment and documentation of his wounds; Plaintiff's Eighth Amendment claim against Defendant Baily arising from his failure to provide Plaintiff with clean clothes; Plaintiff's municipal liability claim against Mayor of Hanford, the Kings County Board of Supervisors, and Jail Facility Manager Kim; and Plaintiff's claims for declaratory and injunctive relief were dismissed for failure to state a claim; and Defendants Gomes, Baily, Jones, Thayer, Hunter, Valdez, Delia, Ruiz, Gonzalez, Hernandez, Heritage, the Mayor of Hanford, the Kings County Board of Supervisors, and Jail Facility Manager Kim were dismissed from this action based on Plaintiff's failure to state any claims against them. (Doc. 10.)

1

1. Service shall be initiated on the following defendants:[2]

   **SGT. BERKE**

   **SR. DEPUTY TORRES**

   **SGT. HENDERSON**

   **SHERIFF CHRIS JORDAN**

2. The Clerk of the Court shall send Plaintiff four (4) USM-285 forms, four (4) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed July 13, 2009.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. One completed summons for each defendant;

   b. One completed USM-285 form for each defendant; and

   c. Five (5) copies of the endorsed complaint filed July 13, 2009.

4. Plaintiff need not attempt service on the defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in dismissal of this action</u>.

IT IS SO ORDERED.

**Dated:    January 28, 2010**            /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE

---

[2] The Marshal cannot initiate service of process on an unknown defendant. Plaintiff may later amend his complaint if he is able to determine the identify of Doe 1. <u>Wakefield v. Thompson</u>, 177 F.3d 1160, 1163 (9th Cir. 1999).