# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ZUNIGA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHRIS JORDAN, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-01208-AWI-SKO PC<br><br>ORDER GRANTING MOTIONS AND MODIFYING SCHEDULING ORDER<br><br>(Docs. 24, 25)<br><br>Amended Discovery Cut-Off Date: 02/28/2011<br>Amended Dispositive Motion Deadline: 05/09/2011 |

Plaintiff Larry Zuniga ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Before the Court are two motions from Plaintiff for extensions of the discovery deadline and the deadline for filing dispositive motions. (Doc. #24, 25.)

Plaintiff requests an extension of the discovery deadline because he has limited access to law library materials needed to research for this case. Plaintiff does not indicate how long an extension he requires or what motions or discovery requests he is preparing.

The Court will extend the deadline for conducting discovery and the deadline for filing dispositive motions by 60 days. Plaintiff is forewarned that no further extensions will be granted unless Plaintiff identifies what motion, request or other filing he is preparing, what specific materials he needs from the law library, and describes what efforts he made to gain access to those materials. Plaintiff must also specify the length of his requested extension.

///

///

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's motions are GRANTED;
2. The deadline for conducting discovery is extended to February 28, 2011; and
3. The deadline for filing dispositive motions is extended to May 9, 2011.

IT IS SO ORDERED.

**Dated:   January 11, 2011**          /s/ Sheila K. Oberto
                                   UNITED STATES MAGISTRATE JUDGE