1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ZUNIGA, | CASE NO. 1:09-cv-01208-AWI-SMS PC |
|           Plaintiff, | ORDER ADDRESSING MOTION ON STATUS AND DISPOSITION |
|   v. | (ECF No. 34) |
| CHRIS JORDAN, et al., | |
|           Defendants. | |

_____/

     Plaintiff Larry Zuniga ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On June 28, 2011, Plaintiff filed a motion to check the status and disposition of his previously filed motions.  Plaintiff's motions have been considered and on June 27, 2011, an order issued denying Plaintiff's motion for a subpoena duces tecum and motion to compel.

     IT IS SO ORDERED.

**Dated:**   **June 30, 2011**          _____**/s/ Sandra M. Snyder**_____
                            UNITED STATES MAGISTRATE JUDGE