# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ZUNIGA, | CASE NO. 1:09-cv-01208-AWI-BAM PC |
| Plaintiff, | ORDER CONTINUING TELEPHONIC TRIAL CONFIRMATION HEARING TO JANUARY 30, 2012, AND DIRECTING THE CLERK OF THE COURT TO SEND CONSENT/DECLINE FORM TO PARTIES |
| v. | |
| CHRIS JORDAN, et al., | |
| Defendants. | |

This action is currently set for trial by jury on February 28, 2012, before the Honorable Anthony W. Ishii. In order to allow Plaintiff an opportunity to file a pretrial statement, the telephonic trial confirmation hearing set for January 9, 2012, is continued to January 30, 2012. Accordingly it is HEREBY ORDERED that:

1. Plaintiff shall serve and file a pretrial statement on or before January 20, 2012;

2. The telephonic trial confirmation hearing is CONTINUED to January 30, 2012, at 3:00 p.m. in Courtroom 2 (AWI) before the Honorable Anthony W. Ishii;

3. Counsel for Defendants is required to arrange for the participation of Plaintiff in the telephonic trial confirmation hearing and to initiate the telephonic hearing at **(559) 499-499-5669**;

4. The Clerk of the Court is DIRECTED to send to Plaintiff and Defendants another copy of the consent/decline form and the instructions for consent to Magistrate Judge jurisdiction; and

///

1

5. By January 25, 2012, the parties shall complete and return the Consent or Request for Reassignment form.

IT IS SO ORDERED.

Dated: January 13, 2012

CHIEF UNITED STATES DISTRICT JUDGE

2