# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ZUNIGA, | CASE NO. 1:09-cv-01208-AWI-BAM PC |
| Plaintiff, | ORDER VACATING PRETRIAL ORDER AND TRIAL DATE OF FEBRUARY 28, 2012 |
| v. | |
| CHRIS JORDAN, et al., | Telephonic Trial Confirmation Hearing:   March 19, 2012, at 3:00 p.m. in Courtroom 2 (AWI) |
| Defendants. | |

This order issues following the telephonic trial confirmation hearing held on February 8, 2012, at 1:00 p.m. As discussed in the telephonic hearing IT IS HEREBY ORDERED that:

1. The pretrial order, issued February 2, 2012, is VACATED;
2. The trial date of February 28, 2012, at 8:30 a.m. is VACATED;
3. A telephonic trial confirmation hearing shall be held on March 19, 2012, at 3:00 p.m. before the undersigned; and
4. Counsel for Defendants is required to arrange for the participation of Plaintiff in the telephonic trial confirmation hearing and to initiate the telephonic hearing at **(559) 499-499-5669**.

IT IS SO ORDERED.

Dated: February 8, 2012

CHIEF UNITED STATES DISTRICT JUDGE

1