# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ZUNIGA,<br><br>        Plaintiff,<br><br>    v.<br><br>CHRIS JORDAN, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:09-cv-01208-AWI-BAM PC<br><br>ORDER VACATING PRETRIAL ORDER AND TRIAL DATE OF FEBRUARY 28, 2012<br><br>Telephonic Trial Confirmation Hearing: March 19, 2012, at 3:00 p.m. in Courtroom 2 (AWI) |

This order issues following the telephonic trial confirmation hearing held on February 8, 2012, at 1:00 p.m. As discussed in the telephonic hearing IT IS HEREBY ORDERED that:

1. The pretrial order, issued February 2, 2012, is VACATED;

2. The trial date of February 28, 2012, at 8:30 a.m. is VACATED;

3. A telephonic trial confirmation hearing shall be held on March 19, 2012, at 3:00 p.m. before the undersigned; and

4. Counsel for Defendants is required to arrange for the participation of Plaintiff in the telephonic trial confirmation hearing and to initiate the telephonic hearing at **(559) 499-499-5669**.

IT IS SO ORDERED.

Dated: February 8, 2012

                                      CHIEF UNITED STATES DISTRICT JUDGE

1