1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   LARRY ZUNIGA,                              CASE NO. 1:09-cv-01208-AWI-BAM PC

10                      Plaintiff,

                                               ORDER RE JUNE 25, 2012 MOTION IN LIMINE
11      v.                                     HEARING

12   CHRIS JORDAN, et al.,

13                      Defendants.
                                          /
14

15          Plaintiff Larry Zuniga ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis

16   in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter is currently set for a motion in

17   limine hearing on June 25, 2012, and the parties were ordered to appear as Plaintiff was scheduled

18   to be paroled on June 16, 2012.  The Court has contacted Corcoran State Prison and was informed

19   that Plaintiff's parole date has been moved and he will be incarcerated at the time of the hearing.

20   Accordingly, it is HEREBY ORDERED that:

21          1.     The motion in limine hearing on **June 25, 2012, at 1:30 p.m.** in Courtroom 2, shall

22                 be a telephonic hearing; and

23          2.     Counsel for Defendants is required to arrange for the participation of Plaintiff in the

24                 telephonic trial confirmation hearing and to initiate the telephonic hearing at **(559)**

25                 **499-5669**.

26          IT IS SO ORDERED.

27   **Dated:** __June 20, 2012__            _____/s/ **Barbara A. McAuliffe**_____
                                             UNITED STATES MAGISTRATE JUDGE
28