1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  LARRY ZUNIGA,                                  CASE NO. 1:09-cv-01208-AWI-BAM PC

10                          Plaintiff,

                                                 ORDER RE JUNE 25, 2012 MOTION IN LIMINE
11       v.                                      HEARING

12  CHRIS JORDAN, et al.,

13                          Defendants.
                                           /
14

15       Plaintiff Larry Zuniga ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis

16  in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter is currently set for a motion in

17  limine hearing on June 25, 2012, and the parties were ordered to appear as Plaintiff was scheduled

18  to be paroled on June 16, 2012.  The Court has contacted Corcoran State Prison and was informed

19  that Plaintiff's parole date has been moved and he will be incarcerated at the time of the hearing.

20  Accordingly, it is HEREBY ORDERED that:

21       1.    The motion in limine hearing on **June 25, 2012, at 1:30 p.m.** in Courtroom 2, shall

22             be a telephonic hearing; and

23       2.    Counsel for Defendants is required to arrange for the participation of Plaintiff in the

24             telephonic trial confirmation hearing and to initiate the telephonic hearing at **(559)**

25             **499-5669**.

26       IT IS SO ORDERED.

27  **Dated:    June 20, 2012**              _____/s/ **Barbara A. McAuliffe**_____
                                            UNITED STATES MAGISTRATE JUDGE
28

1