# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ZUNIGA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHRIS JORDAN, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-01208-AWI-BAM PC<br><br>ORDER TRAILING TELEPHONIC SCHEDULING CONFERENCE TO SEPTEMBER 10, 2012, AT 3:00 P.M. IN COURTROOM 2 (AWI) |

Plaintiff Larry Zuniga ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The telephonic scheduling conference set for August 27, 2012, at 3:00 p.m. before the undersigned shall be trailed to September 10, 2012, at 3:00 p.m.

Accordingly, IT IS HEREBY ORDERED that:

1. A telephonic scheduling conference is set before the undersigned on September 10, 2012, at 3:00 p.m. in Courtroom 2 (AWI); and

2. Counsel for Defendants is required to arrange for the participation of Plaintiff in the telephonic scheduling hearing and to initiate the telephonic hearing at **(559) 499-5669**.

IT IS SO ORDERED.

Dated:　August 31, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

1