# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ZUNIGA, | CASE NO. 1:09-cv-01208-AWI-BAM PC |
| Plaintiff, | |
| v. | ORDER SETTING TELEPHONIC SCHEDULING CONFERENCE FOR NOVEMBER 19, 2012, AT 3:00 P.M. IN COURTROOM 2 (AWI) |
| CHRIS JORDAN, et al., | |
| Defendants. | |

As discussed during the telephonic scheduling conference held on September 10, 2012, at 3:00 p.m. IT IS HEREBY ORDERED that:

1.  A telephonic scheduling conference is set before the undersigned on November 19, 2012, at 3:00 p.m. in Courtroom 2 (AWI);

2.  Counsel for Defendants is required to arrange for the participation of Plaintiff in the telephonic scheduling hearing and to initiate the telephonic hearing at **(559) 499-5669**;

3.  Upon release from custody Plaintiff is ordered to provide defense counsel and the Court a current address and phone number; and

4.  Failure to provide a current address and phone number may result in dismissal of this action.

IT IS SO ORDERED.

Dated:    September 11, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE

1