# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

LARRY ZUNIGA,

          Plaintiff,

    v.

CHRIS JORDAN, et al.,

          Defendants.

_____/

CASE NO. 1:09-cv-01208-AWI-BAM PC

ORDER SETTING TELEPHONIC SCHEDULING CONFERENCE FOR NOVEMBER 19, 2012, AT 3:00 P.M. IN COURTROOM 2 (AWI)

As discussed during the telephonic scheduling conference held on September 10, 2012, at 3:00 p.m. IT IS HEREBY ORDERED that:

1. A telephonic scheduling conference is set before the undersigned on November 19, 2012, at 3:00 p.m. in Courtroom 2 (AWI);

2. Counsel for Defendants is required to arrange for the participation of Plaintiff in the telephonic scheduling hearing and to initiate the telephonic hearing at **(559) 499-5669**;

3. Upon release from custody Plaintiff is ordered to provide defense counsel and the Court a current address and phone number; and

4. Failure to provide a current address and phone number may result in dismissal of this action.

IT IS SO ORDERED.

Dated:   September 11, 2012                      _____

                                     CHIEF UNITED STATES DISTRICT JUDGE