# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ZUNIGA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHRIS JORDAN, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-01208-AWI-BAM PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR A CONTINUANCE AS MOOT<br><br>(ECF No. 76) |

　　　Plaintiff Larry Zuniga ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On September 12, 2012, Plaintiff filed a motion requesting a continuance of the telephonic scheduling conference until after October 25, 2012. A telephonic scheduling hearing is set for November 19, 2012. Accordingly, Plaintiff's motion for a continuance is HEREBY DENIED as moot.

　　　IT IS SO ORDERED.

Dated:　**September 17, 2012**　　　　　　　　**/s/ Barbara A. McAuliffe**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1