# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ZUNIGA,<br><br>           Plaintiff,<br><br>   v.<br><br>CHRIS JORDAN, et al.,<br><br>           Defendants. | CASE NO. 1:09-cv-01208-AWI-BAM PC<br><br>ORDER REGARDING SERVICE OF MOTION TO DISMISS<br><br>(ECF No. 80.) |

Plaintiff Larry Zuniga ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's complaint, filed July 13, 2009, against Defendants Berke, Torres, Henderson, and Jordan for excessive force in violation of the Eighth Amendment. On November 21, 2012, Defendants filed a motion to dismiss this action. (ECF No. 80.) On December 3, 2012, Plaintiff filed a notice of change of address. (ECF No. 81.)

There is no indication that Plaintiff was served with a copy of the motion to dismiss at his current address. Accordingly, Defendants are directed to file a proof of service within fourteen (14) days of the date of this order. The proof of service shall verify that Plaintiff was served with the November 21, 2012 motion to dismiss at his current address.

IT IS SO ORDERED.

Dated:   February 26, 2013            /s/ **Barbara A. McAuliffe**
                                     UNITED STATES MAGISTRATE JUDGE

1