1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ZUNIGA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRIS JORDAN, et al.,<br><br>    Defendants. | Case No.: 1:09-cv-01208-AWI-BAM PC<br><br>ORDER ADVANCING TELEPHONIC TRIAL SCHEDULING CONFERENCE<br><br>(ECF No. 86) |

Due to the availability of the Court, the telephonic trial scheduling conference set for May 2, 2013, at 9:30 a.m. is HEREBY ADVANCED to **May 1, 2013, at 9:00 a.m.** in Courtroom 8.  Defense counsel shall make arrangements for a conference call and, once all parties are on the line, shall call the Court at **(559) 499-5789**.

IT IS SO ORDERED.

Dated:   **April 19, 2013**                    /s/ *Barbara A. McAuliffe*
                                               UNITED STATES MAGISTRATE JUDGE

1