# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ZUNIGA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRIS JORDAN, et al.,<br><br>　　　　Defendants. | Case No.: 1:09-cv-01208-AWI-BAM PC<br><br>ORDER AFTER SETTLEMENT<br><br>(ECF No. 86) |

　　　　On April 24, 2013, Defendants filed a Notice of Settlement indicating that the parties have agreed to settle this matter (all claims against all parties).  (Doc. 89).  Pursuant to this Court's Local Rule 160(b), this Court ORDERS the parties, no later than May 15, 2013, to file appropriate papers to dismiss or to conclude this action in its entirety.

　　　　This Court VACATES all pending dates and matters.

　　　　Failure to comply with this order may be grounds for the imposition of sanctions on counsel or on parties who contributed to violation of this order.  See Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

　Dated:　__April 29, 2013__　　　　　　　　　__/s/ Barbara A. McAuliffe__
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1