James J. Arendt, Esq.        Bar No. 142937
Roy C. Santos, Esq.          Bar No. 259718

WEAKLEY & ARENDT, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710
Telephone: (559) 221-5256
Facsimile: (559) 221-5262

Attorneys for Defendants CHRIS JORDAN, MIKE BURKE, EDDIE TORRES and SHARI HENDERSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ZUNIGA,<br><br>  Plaintiff,<br><br>  v.<br><br>SHERIFF CHRIS JORDAN, et al.,<br><br>  Defendants. | CASE NO. 1:09-CV-01208-AWI-BAM<br><br>**STIPULATED DISMISSAL AND ORDER** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties to this action stipulate to dismissal of the entire action, with prejudice, all parties to bear their own costs and attorney's fees.

DATED: April ____, 2013

By: ___/s/_____
LARRY ZUNIGA
Plaintiff in Propria Persona

DATED: April ____, 2013

WEAKLEY & ARENDT, LLP

By: ___/s/_____
JAMES J. ARENDT
Attorney for Defendants

IT IS SO ORDERED.

Dated:   May 3, 2013          _____
                              SENIOR  DISTRICT  JUDGE

Stipulated Dismissal and Order